1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   SARA WINSLOW (DCBN 457643)
3  Chief, Civil Division

4  RAVEN M. NORRIS (CABN 232868)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6915
7       FAX: (415) 436-6570
        Raven.Norris@usdoj.gov
8
   Attorneys for Plaintiff
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 99-20196-02 JW |
| Plaintiff, | [~~PROPOSED~~] DISPOSITION ORDER |
| v. | |
| DAMIEN SPRINGS, | |
| Defendant. | |
| ABB, INC., | |
| Garnishee. | |

The Court, having considered the Stipulation for Entry of Disposition Order for Writ of Continuing Garnishment ("Stipulation") entered into by plaintiff United States and defendant Damien Springs, hereby approves the Stipulation and finds as follows:

1.  Judgment debtor and defendant Damien Springs (hereinafter "Defendant") is indebted to plaintiff United States of America (hereinafter "Plaintiff") in the original amount of $541,832.00, arising

out of a Judgment entered on February 14, 2005, in the United States District Court for the Northern District of California in the above-captioned case.  As of October 22, 2018, the balance due on this debt was $623,962.11.

2. The Court issued its Writ of Continuing Garnishment, directed to the Garnishee ABB, Inc., and the Writ was served on the Garnishee on October 24, 2018.

3. On November 2, 2018, the Defendant was notified of his right to a hearing and to object to the Garnishee's Answer.

4. Defendant has waived his right to a hearing under 28 U.S.C. § 3205 and has waived his right to object to the garnishment and to claim the money taken as garnishment as exempt.

5. The parties have agreed that 5% per semi-monthly paycheck should be taken from defendant's nonexempt disposable earnings and paid on defendant's restitution obligation.

6. Payments by check made payable to "Clerk of the Court" shall be mailed to the United States District Court, Finance Unit, 450 Golden Gate Avenue, Box 36060, San Francisco, CA 94102.

Based on the foregoing, and for good cause shown,

IT IS ORDERED that the Garnishee, ABB, Inc., shall pay to the Plaintiff 5% per semi-monthly paycheck from Defendant's nonexempt disposable earnings, and to continue said payments to the Plaintiff until the judgment debt to the Plaintiff is paid in full, until the Garnishee no longer has possession, custody, or control of any earnings belonging to the Defendant, or until further Order of the Court.

IT IS FURTHER ORDERED that the Garnishee shall disburse any funds in excess of the 5% per semi-monthly paycheck that has been withheld as of the date of this order to the Defendant, Damien Springs.

IT IS SO ORDERED.

DATED: 1/22/19

RICHARD SEEBORG
United States District Judge

[PROPOSED] DISPOSITION ORDER
CR 99-20196-02 JW