STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
SHINING J. HSU (CABN 317917)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7022
    FAX: (415) 436-6570
    Shining.Hsu@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DAMIEN SPRINGS,<br><br>    Defendant,<br><br>ABB, INC.,<br><br>    Garnishee. | CASE NO. CR 99-020196-002 JW<br><br>**ORDER GRANTING UNITED STATES OF AMERICA'S MOTION TO QUASH WRIT OF CONTINUING GARNISHMENT** |

Upon consideration of the United States of America's Motion to Quash Writ of Continuing Garnishment and for good cause shown,

IT IS HEREBY ORDERED that the United States of America's Motion to Quash Writ of Continuing Garnishment, which names ABB, Inc. as the sole garnishee issued by the Clerk of the Court on October 24, 2018, is granted.

IT IS SO ORDERED.

Dated: 2/28/2023

                                                  HAYWOOD S. GILLIAM, JR.
                                                UNITED STATES DISTRICT JUDGE
                                                (GENERAL DUTY JUDGE)